[No. 10291–2–III. Division Three. June 28, 1990.]

DONNA M. REINKE, *Appellant,* v. AMERA COSMETICS, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Benton County, No. 88–2–00788–5, Duane E. Taber, J., entered September 7, 1989. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green, J., and Cole, J. Pro Tem.

[No. 22569–3–I. Division One. July 2, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. RONALD LEWIS BUFORD, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–1–05325–0, Frank J. Eberharter, J., entered June 24, 1988. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Coleman, C.J., and Webster, J.

[No. 23668–7–I. Division One. July 2, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. BRENT DOUGLAS THOMPSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88–1–02415–1, Robert E. Dixon, J., entered January 4, 1990. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Coleman, C.J., and Swanson, J.

[No. 23513–3–I. Division One. July 2, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. VENUS MOORE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88–8–03702–9, Carmen Otero, J., entered November 30, 1988. *Dismissed* by unpublished per curiam opinion.